998 F.2d 1006
 Vito (Emanuel J.)
v.
Bray (Larry), McCormick (Robert), Cimacasky (Richard),
Knitter (Thomas), Bavaria (Thomas), George (Kenny), Serfass
(Robert), Flyte (Clayton), Powell (Roxanne), Ceraul (David),
Molnar (John), Lysek (Stanley), Albanese (Leroy), Philips
(Milton), Baker (David), Sabia (Tony), Prichard (Richard),
DeArment (Douglas), Bushkirk (David), Blue Mountain
Consolidated Water Co., Borough of Wind Gap, Wind Gap
Borough Counsel, Wind Gap Planning Com'n
 NO. 92-1906
 United States Court of Appeals,
Third Circuit.
 June 02, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 VACATED.